# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

21ST CENTURY ORCHIDS, LLC and
OHANA NURSERIES, LLC,

        Plaintiffs,

v.                                          Case No:   6:21-cv-849-GAP-LRH

PAKGLOBAL, LLC,

        Defendant.

---

## ORDER

This cause comes before the Court on the Report and Recommendation issued by the United States Magistrate Judge on June 8, 2021 (Doc. 11) recommending that this case be remanded to state court.   The parties represent that they consent to the remand (Doc. 8).   Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  This case is remanded to the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida.   The Clerk of Court is

directed to mail a certified copy of this order to the Volusia County court and thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 9, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party